# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COUNT BASIE THEATRE INC., <br><br> Plaintiff, <br><br> v. <br><br> ZURICH AMERICAN INSURANCE COMPANY, <br><br> Defendant. | Case No. 2:21-cv-00615 (BRM) (LDW) <br><br> **ORDER** |

**THIS MATTER** is opened to this Court by Plaintiff Count Basie Theater, Inc.'s ("Count Basie") Motion to Remand. (ECF No. 6.) Having reviewed the submissions filed in connection with the motion and having declined to hold oral argument pursuant to Federal Rule of Civil Procedure 78(b), for the reasons set forth in the accompanying Opinion and for good cause shown,

**IT IS** on this 24th day of August 2021,

**ORDERED** that Count Basie's Motion to Remand (ECF No. 6) is **DENIED** and it is further

**ORDERED** that within fourteen (14) days of this Order, the parties shall meet and confer to establish a briefing schedule for any motion to dismiss that Defendant Zurich American Insurance Company intends to file or refile, and shall file a notice of the briefing schedule with the Court.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**