<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| COUNT BASIE THEATRE INC.,<br><br>       Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>       Defendant. | Civil Action No. 21-00615<br><br>**ORDER**<br><br>May 29, 2024 |

**SEMPER**, District Judge.

      **THIS MATTER** having come before the Court on Defendant Zurich American Insurance Company's ("Zurich") Motion for Summary Judgment (ECF 80) and Plaintiff Count Basie Theatre Inc.'s ("Count Basie") Cross-Motion for Summary Judgment (ECF 83); and this Court, having considered the parties' submissions, for the reasons stated in the accompanying Opinion;

      **IT IS**, on this 29th day of May 2024,

1. **ORDERED** that Zurich's Motion for Summary Judgment is **GRANTED**; and it is further

2. **ORDERED** that Count Basie's Cross-Motion for Summary Judgment is **DENIED**; and it is further

3. **ORDERED** that the Clerk of Court shall **CLOSE** this matter.

<u>s/ Jamel K. Semper    </u>
**HON. JAMEL K. SEMPER**
**United States District Judge**

Orig:     Clerk
cc:       Leda D. Wettre, U.S.M.J.
            Parties